**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN, ) | Case No.: C 11-3698 PSG |
| ) | |
| Plaintiff, ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR ACCESS TO ELECTRONIC CASE FILING** |
| ) | |
| v. ) | |
| ) | |
| KNIFE RIVER CORPORATION, STATE ) OF CALIFORNIA, CALIFORNIA ) DEPARTMENT OF TRANSPORTATION, ) and DOES 1 through 30, ) | |
| ) | |
| Defendants. | |

Plaintiff John Berman' request for access to the court's Electronic Case Filing ("ECF") system is GRANTED. Plaintiff may register for ECF.

IT IS SO ORDERED.

Dated: September 30, 2011

_Paul S. Grewal_

PAUL S. GREWAL

United States Magistrate Judge

ORDER, *page 1*