**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>  Plaintiff,<br><br> v.<br><br>KNIFE RIVER CORPORATION, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION, and DOES 1 through 30,<br><br>  Defendants. | Case No.: C 11-3698 PSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ACCESS TO ELECTRONIC CASE FILING** |

Plaintiff John Berman' request for access to the court's Electronic Case Filing ("ECF") system is GRANTED.  Plaintiff may register for ECF.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*