**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>KNIFE RIVER CORPORATION, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION, and DOES 1 through 30,<br><br>        Defendants. | Case No.: C 11-3698 PSG<br><br>**ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR SERVICE OF PROCESS EXTENSION**<br><br>**(Re: Docket No. 4)** |

The court has reviewed Plaintiff John Berman's *ex parte* application to extend the time for service of summonses and complaint on Defendants State of California and California Department of Transportation. The deadline for service under Fed. R. Civ. P. 4 is hereby extended by seven (7) days.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*