**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> KNIFE RIVER CORPORATION, STATE  )  <br> OF CALIFORNIA, CALIFORNIA  )  <br> DEPARTMENT OF TRANSPORTATION, )  <br> and DOES 1 through 30,  )  <br> )  <br> Defendants.  )  <br> _____ | Case No.: C 11-3698 PSG  <br><br> **ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR SERVICE OF PROCESS EXTENSION**  <br><br> **(Re: Docket No. 4)** |

   The court has reviewed Plaintiff John Berman's *ex parte* application to extend the time for service of summonses and complaint on Defendants State of California and California Department of Transportation.  The deadline for service under Fed. R. Civ. P. 4 is hereby extended by seven (7) days.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge