1  DAVID R. VOGL (California State Bar No. 43156)
   DIANE E. PRITCHARD (California State Bar No. 96999)
2  VOGL & MEREDITH LLP
   456 Montgomery Street, 20th Floor
3  San Francisco, California  94104
   Telephone: (415) 398-0200
4  Facsimile: (415) 398-2820
   dvogl@voglmeredith.com
5  dpritchard@voglmeredith.com

6  Attorneys for Defendants STATE OF
   CALIFORNIA, CALIFORNIA DEPARTMENT
7  OF TRANSPORTATION and KNIFE RIVER
   CORPORATION
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

JOHN BERMAN,                          )  CASE NO. 5:11-cv-03698-PSG
                                      )
            Plaintiff,                )  [PROPOSED] ORDER ON REQUEST TO
                                      )  CONTINUE CASE MANAGEMENT
      vs.                             )  CONFERENCE
                                      )
KNIFE RIVER CORPORATION; STATE OF     )
CALIFORNIA, CALIFORNIA                )
DEPARTMENT OF TRANSPORTATION;         )
and Does 1-30,                        )
                                      )
            Defendants.               )
_____)

       Based on the request of defendants State of California, California Department of Transportation and Knife River Corporation to continue the case management conference currently scheduled in this action for January 10, 2012, and for good cause shown, the Court hereby orders that the case management in this action currently set for January 10, 2012 be and hereby is continued to March 13, 2012, at 2:00 p.m. before Magistrate Judge Paul S. Grewal, in Courtroom 5.

       IT IS SO ORDERED.

_____
[Proposed] Order on Request To Continue
Case Management Conference
Case No. 5:11-cv-03698-PSG

1  DATED: December 29, 2011

       _____
       Paul S. Grewal
       United States Magistrate Judge
       United States District Court,
       Northern District of California

---

[~~Proposed~~] Order on Request To Continue
Case Management Conference
Case No. 5:11-cv-03698-PSG