1 | DAVID R. VOGL (California State Bar No. 43156)
2 | DIANE E. PRITCHARD (California State Bar No. 96999)
    VOGL & MEREDITH LLP
3 | 456 Montgomery Street, 20th Floor
    San Francisco, California  94104
4 | Telephone: (415) 398-0200
    Facsimile: (415) 398-2820
5 | dvogl@voglmeredith.com
    dpritchard@voglmeredith.com

6 | Attorneys for Defendants STATE OF
    CALIFORNIA, CALIFORNIA DEPARTMENT
7 | OF TRANSPORTATION and KNIFE RIVER
    CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>         Plaintiff,<br><br>    vs.<br><br>KNIFE RIVER CORPORATION; STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION; and Does 1-30,<br><br>         Defendants. | CASE NO. 5:11-cv-03698-PSG<br><br>[~~PROPOSED~~] ORDER ON REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Based on the request of defendants State of California, California Department of Transportation and Knife River Corporation to continue the case management conference currently scheduled in this action for January 10, 2012, and for good cause shown, the Court hereby orders that the case management in this action currently set for January 10, 2012 be and hereby is continued to March 13, 2012, at 2:00 p.m. before Magistrate Judge Paul S. Grewal, in Courtroom 5.

        IT IS SO ORDERED.

_____
[~~Proposed~~] Order on Request To Continue
Case Management Conference
Case No. 5:11-cv-03698-PSG

1  DATED: December 2, 2011

3  _____
   Paul S. Grewal
   United States Magistrate Judge
   United States District Court,
   Northern District of California

_____
[Proposed] Order on Request To Continue
Case Management Conference
Case No. 5:11-cv-03698-PSG