UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>            Plaintiff,<br>   v.<br><br>KNIFE RIVER CORPORATION; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION; and DOES 1-30,<br><br>            Defendants. | Case No.: C 11-3698 PSG<br><br>**ORDER RESETTING HEARING ON DEFENDANT CALTRAN'S MOTION TO DISMISS; ORDER CONTINUING HEARING ON DEFENDANT KNIFE RIVER CORPORATION'S MOTION TO DISMISS**<br><br>**(Re: Docket Nos. 16; 36)** |

Before the court are two motions to dismiss. Defendant Knife River Corporation ("Knife River") and Defendant State of California, California Department of Transportation ("Caltrans") independently have moved to dismiss Plaintiff John Berman's ("Berman") Second Amended Complaint. The court previously took Caltran's motion under submission and vacated the hearing on the motion to dismiss. In light of the fact that all parties have now consented to magistrate jurisdiction and that Berman is proceeding *pro se*, the court finds it appropriate to reset the hearing on Caltran's motion and to continue the hearing on Knife River's motion to the same date. Accordingly,

1

Case No.: 11-3698 PSG
ORDER

Caltran's second motion to dismiss (Docket No. 16) and Knife River's motion to dismiss (Docket No. 36) will be heard at 10:00 a.m. on Tuesday, February 7, 2011. Because both motions have been fully briefed, the parties need not re-notice or re-file their motions.

**IT IS SO ORDERED.**

Dated: 1/20/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 11-3698 PSG
ORDER