1  DAVID R. VOGL (California State Bar No. 43156)
   DIANE E. PRITCHARD (California State Bar No. 96999)
2  VOGL MEREDITH BURKE LLP
   456 Montgomery Street, 20th Floor
3  San Francisco, California  94104
   Telephone: (415) 398-0200
4  Facsimile: (415) 398-2820
   dvogl@vmbllp.com
5  dpritchard@vmbllp.com

6  Attorneys for Defendants STATE OF
   CALIFORNIA, CALIFORNIA DEPARTMENT
7  OF TRANSPORTATION and KNIFE RIVER
   CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12
                                          )   CASE NO. 5:11-cv-03698-PSG
13  JOHN BERMAN,                          )
                                          )   [PROPOSED] ORDER ON REQUEST TO
14              Plaintiff,                )   CONTINUE MARCH 13, 2012 CASE
                                          )   MANAGEMENT CONFERENCE
15         vs.                            )
                                          )
16  KNIFE RIVER CORPORATION; STATE OF     )
    CALIFORNIA, CALIFORNIA                )
17  DEPARTMENT OF TRANSPORTATION;         )
    and Does 1-30,                        )
18                                        )
                Defendants.                )
19  _____ )

20

21       Based on the request of defendant Knife River Corporation to continue the case

22  management conference currently scheduled in this action for March 13, 2012, and for good

23  cause shown, the Court hereby orders that the case management in this action currently set for

24  March 13, 2012 be and hereby is continued to May 15, 2012, at 2:00 p.m. before Magistrate

25  Judge Paul S. Grewal, in Courtroom 5.

26       IT IS SO ORDERED.

27

28
   _____
   [Proposed] Order on Request To Continue
   March 13, 2012 Case Management Conference
   Case No. 5:11-cv-03698-PSG

1 | DATED: 'O ctej '8.''4234

2
3 |                                    Paul S. Grewal, U.S. Magistrate Judge
4 |                                    United States District Court,
                                   Northern District of California

[Proposed] Order on Request To Continue
March 13, 2012 Case Management Conference
Case No. 5:11-cv-03698-PSG