1  DAVID R. VOGL (California State Bar No. 43156)
   DIANE E. PRITCHARD (California State Bar No. 96999)
2  VOGL MEREDITH BURKE LLP
   456 Montgomery Street, 20th Floor
3  San Francisco, California  94104
   Telephone: (415) 398-0200
4  Facsimile: (415) 398-2820
   dvogl@vmbllp.com
5  dpritchard@vmbllp.com

6  Attorneys for Defendant
   KNIFE RIVER CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | JOHN BERMAN,                              )  CASE NO. 5:11-cv-03698-PSG
                                               )
13 |         Plaintiff,                        )  [PROPOSED] ORDER ON REQUEST TO
                                               )  CONTINUE MAY 22, 2012 CASE
14 |     vs.                                   )  MANAGEMENT CONFERENCE
                                               )
15 | KNIFE RIVER CORPORATION; STATE OF         )
     CALIFORNIA, CALIFORNIA                    )
16 | DEPARTMENT OF TRANSPORTATION;             )
     and Does 1-30,                            )
17                                             )
             Defendants.                       )
18 |_____  )

19

20     Based on the request of defendant Knife River Corporation to continue the case

21 management conference currently scheduled in this action for May 22, 2012, and for good cause

22 shown, the Court hereby orders that the case management in this action currently set for May 22,

23 2012 be and hereby is continued to July 24, 2012, at 2:00 p.m. before Magistrate Judge Paul S.

24 Grewal, in Courtroom 5.

25 ///

26 ///

27 ///

28 ///

_____
[Proposed] Order on Request To Continue
May 22, 2012 Case Management Conference
Case No. 5:11-cv-03698-PSG

1      IT IS SO ORDERED.

3  DATED: 'O c{ "36."4234

```
                              _____
                              Paul S. Grewal, U.S. Magistrate Judge
                              United States District Court,
                              Northern District of California
```

28  ///

---

[Proposed] Order on Request To Continue
May 22, 2012 Case Management Conference
Case No. 5:11-cv-03698-PSG