United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN, | Case No. 5:11-cv-03698 PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 183)** |
| KNIFE RIVER CORPORATION, et al., | |
| Defendants. | |

As explained both at the hearing and in the court's minute order from this past Tuesday, March 4, 2014,[1] Plaintiff John Berman's counsel Keith Oliver shall appear tomorrow Tuesday, March 11, 2014, at 10 a.m. to explain his failure to communicate with his client.

**IT IS SO ORDERED.**

Dated: March 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 183.

Case No.: 5:11-cv-03698 PSG
ORDER TO SHOW CAUSE

1