UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN, <br><br>        Plaintiff, <br><br> v. <br><br> KNIFE RIVER CORPORATION, et al., <br><br>        Defendants. | Case No. 5:11-cv-03698 PSG <br><br> **ORDER TO SHOW CAUSE** <br><br> **(Re: Docket No. 183, 184 and 185)** |

Plaintiff John Berman's counsel Keith Oliver was ordered to appear yesterday to explain his failure to communicate with his client.[1] Oliver failed to appear.[2] In light of Oliver's violation of the court's order and his ongoing failure to communicate with his client, Oliver is ORDERED to appear Tuesday, March 18, 2014, at 10 a.m. to explain why sanctions should not issue.

**IT IS SO ORDERED.**

Dated: March 12, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 183 and 184.

[2] *See* Docket No. 185.

Case No. 5:11-cv-03698 PSG
ORDER TO SHOW CAUSE

1