UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>KNIFE RIVER CORPORATION, et al,<br><br>                    Defendants. | Case No. 5:11-cv-03698-PSG<br><br>**ORDER RE: SANCTIONS, REFERRAL AND TERMINATION OF REPRESENTATION** |

Earlier today, the court held a hearing on the second order to show cause issued in this case within the past month. In this order, the court directed Keith Oliver, counsel for Plaintiff John Berman, to explain why he should not be sanctioned for abandoning his client and failing to respond to the first order to show cause. Once again, Mr. Oliver did not appear or otherwise answer the court's order.

As a consequence of his repeated failures to appear and his abandonment of his client, Oliver is sanctioned in the amount of $1000, payable to the Clerk of the Court. The court also directs the Clerk to refer Oliver to the court's Standing Committee on Professional Conduct.[1]

The court must further address the particular issue of who will represent Berman going forward. Trial is set for May 27, 2014. At the hearing, Berman made clear he wants representation

---

[1] *See* Civ. L. R. 11-6(a)(1) and (e).

1

Case No. 5:11-cv-03698-PSG
ORDER RE: SANCTIONS, REFERRAL, AND TERMINATION OF REPRESENTATION

and he wants someone other than Oliver.  So that potential new counsel may engage with Berman without any concern, the court terminates Oliver's representation immediately.

**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No. 5:11-cv-03698-PSG
ORDER RE: SANCTIONS, REFERRAL, AND TERMINATION OF REPRESENTATION