UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>        Plaintiff,<br>v.<br><br>KNIFE RIVER CORPORATION, et al.,<br><br>        Defendants. | Case No. 5:11-cv-03698 PSG<br><br>**ORDER CONTINUING HEARING**<br><br>**(Re: Docket Nos. 167 and 174)** |

In light of the possible appearance of new counsel for Plaintiff John Berman the motion hearing set for Tuesday, March 25, 2014, at 10 AM is continued one week to Tuesday, April 1, 2014, at 10 AM.

**IT IS SO ORDERED.**

Dated: March 21, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:11-cv-03698 PSG
ORDER CONTINUING HEARING