UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BERMAN, | ) Case No. 5:11-cv-03698-PSG |
| Plaintiff, | ) **[PROPOSED] VERDICT FORM** |
| v. | ) |
| KNIFE RIVER CORPORATION, | ) |
| Defendant. | ) |

1. Has Mr. Berman proved by a preponderance of the evidence that Knife River was negligent?

Yes _____        No _____

2. Has Mr. Berman proved by a preponderance of the evidence that Knife River was grossly negligent?

Yes _____        No _____

If the answer to both Question Nos. 1 and 2 is "No," do not answer any further questions, and have the presiding juror sign and date this form. If the answer to either Question Nos. 1 or 2, or both, is "Yes," proceed to Question No. 3.

3. Has Mr. Berman proved by a preponderance of the evidence that Knife River's negligence was a substantial factor in causing harm to Mr. Berman?

Yes _____        No _____

If the answer to Question No. 3 is "No," do not answer any further questions, and have the presiding juror sign and date this form. If the answer to Question No. 3 is "Yes," proceed to Question 4.

4. Has Knife River proved by a preponderance of the evidence that Mr. Berman also was negligent, and that Mr. Berman's own negligence was a substantial factor in causing Mr. Berman's harm?

Yes _____        No _____

If the answer to Question No. 4 is "No," proceed to Question No. 6. If the answer to Question No. 4 is "Yes," proceed to Question 5.

5. What percentage of Mr. Berman's injury do you find to have been caused by the negligence of Knife River and what percentage by Mr. Berman?

Knife River _____        Mr. Berman _____

Note: The total percentages must add up to 100%. Proceed to Question No. 6.

6. If you answered "Yes" to Question Nos. 1 or 2, or both, and Question No. 3, what damages has Mr. Berman proved by a preponderance of the evidence? (Do not reduce by any percentages found in Question No. 5.)

Damages _____

2

Case No. 5:11-cv-03698-PSG
[PROPOSED] VERDICT FORM

DATED: _____

_____
PRESIDING JUROR

After this verdict form has been signed and dated, notify the court that you are ready to present your verdict in the courtroom.

**IT IS SO ORDERED.**

Dated: August 26, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge