IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN,<br><br>             Plaintiff,<br><br>    v.<br><br>KNIFE RIVER CORPORATION,<br><br>             Defendant. | No. CV 11-03698 PSG<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X) Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed August 28, 2014, judgment is entered in favor of defendant.

Dated: August 28, 2014                                   Richard W. Wieking, Clerk

                                                                         By: Oscar Rivera
                                                                         <u>Deputy Clerk</u>