AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California    [ ▼ ]

JOHN BERMAN

v.

KNIFE RIVER CORPORATION, et al.

)
)
)
)
)
)

Case No.: 5:11-cv-03698 PSG

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/28/2014___ against ___Plaintiff John Berman___ ,
                                                                                              *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ........................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,369.00 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ........................................... | 1,380.26 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................ | 866.13 |
| Docket fees under 28 U.S.C. 1923 ................................................. | 20.00 |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ........................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| TOTAL    $ | 3,635.39 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service                    [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: _____

Name of Attorney: David A. Firestone

For: _____Defendant Knife River Corporation_____     Date: ___09/11/2014___
                        *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____          _____          _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Richard F. Ryan Vancouver, WA | 2 | 80.00 | 2 | 1,300.26 | | | $1,380.26 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,380.26 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*MDU. 1017*
*Knife River/Berman*

# INVOICE

Carol Nygard & Associates
2295 Gateway Oaks Drive
Suite 170
Sacramento, CA  95833
Phone:916-928-8999   Fax:916-928-9989

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13182 | 2/7/2013 | 12519 |

| Job Date | Case No. | |
|---|---|---|
| 1/24/2013 | | |

| Case Name | | |
|---|---|---|
| John Berman v. Knife River Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Diane Pritchard
Vogl & Meredith
456 Montgomery Street
20th Floor
San Francisco, CA  94104

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Eric Stanley | 68.75 |
| Miscellaneous Fee | 8.00 |
| DepoLaunch | 20.00 |
| Delivery | 22.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Mike Krovas | 68.75 |
| Miscellaneous Fee | 8.00 |
| DepoLaunch | 20.00 |

POSTED
BY: _____
DATE: 3/4/13

| | |
|---|---|
| TOTAL DUE  >>> | $215.50 |
| AFTER 3/24/2013  PAY | $237.05 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $215.50 |

Thank you.  We appreciate your business!

**Tax ID:** 94-2905727

*Please detach bottom portion and return with payment.*

Diane Pritchard
Vogl & Meredith
456 Montgomery Street
20th Floor
San Francisco, CA  94104

| | | |
|---|---|---|
| Invoice No. | : | 13182 |
| Invoice Date | : | 2/7/2013 |
| **Total Due** | : | **$ 215.50** |

| | | |
|---|---|---|
| Remit To: | **Carol Nygard & Associates** | |
| | **2295 Gateway Oaks Drive** | |
| | **Suite 170** | |
| | **Sacramento, CA  95833** | |

| | | |
|---|---|---|
| Job No. | : | 12519 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | John Berman v. Knife River Corporation |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20081297

**MAKE CHECKS PAYABLE TO:**

Diane Pritchard
Vogl Meredith Burke, LLP
456 Montgomery St., 20th FL
San Francisco, CA 94104

Phone:   (415) 398-0200

dpritchard@vmbllp.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113
Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 05-07-2013 | 05-13-2013 |

**Case Style:** CV-11-3698-PSG, Berman v Knife River
INV. due upon receipt of transcript.

5/7/13 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 7 | 4.85 | 33.95 | 7 | 0.90 | 6.30 | | | | 40.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 40.25 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| PAID | | TAX (If Applicable): | |
| VOGL & MEREDITH | | LESS AMOUNT OF DEPOSIT: | |
| CK #: 3324 | | | |
| DATE: 5/22/24 | | TOTAL REFUND: | |
| | | TOTAL DUE: | $40.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 05-13-2013 |

(All previous editions of this form are
cancelled and should be destroyed)

VOGL, MEREDITH, BURKE LLP
456 Montgomery St., 20th Floor, San Fran       CA  94104

39224

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--------|----------|------------|
| 05/22/13 | 20081297 | BERMAN v KNIFE RIV       MDU | 40.25 | | 40.25 |
| 05/22/13 | 039224 | ** CHECK TOTALS: | 40.25 | | 40.25 |

DETACH STUB BEFORE DEPOSITING

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

39224

**VOGL, MEREDITH, BURKE LLP**
456 MONTGOMERY ST., 20TH FLOOR
SAN FRANCISCO, CA 94104

 First Bank
460 Montgomery Street
San Francisco, CA 94111

90-3913/1222

| | DATE | CHECK NO. | PAYEE I.D. |
|---|------|-----------|------------|
| ***FORTY DOLLARS AND 25 CENTS | 05/22/13 | 039224 | SUM51 |

PAY THIS AMOUNT
$*******40.25

PAY
TO THE
ORDER
OF

SUMMER A. FISHER
OFFICIAL COURT REPORTER
280 S. FIRST STREET
SAN JOSE, CA   95113

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈039224⑈ ⑆122239131⑆ 946111126 77⑈

VOGL, MEREDITH, BURKE LLP
456 Montgomery St., 20th Floor, San Francisco, CA 94104

39224

MDU·1017
Knife River/Berman

**YEE & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS
630 NORTH SAN MATEO DRIVE
SAN MATEO, CA 94401-2328
TEL (650) 343-9519
FAX (650) 343-2921

| | |
|---|---|
| **INVOICE NO. :** | **13793** |
| **INVOICE DATE:** | 9/27/2013 |
| **REPORTER:** | |

Vogl Meredith Burke, LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104-1233

Barbara Yee

**ID#:** 94-3306763

DIANE E. PRITCHARD, ATTORNEY AT LAW

*John Berman vs. Knife River Corporation*
*USDC, Northern District of CA, San Jose*
*No. 5:11-cv-03698-PSG*

| Date | Description | Amount |
|---|---|---|
| 9/16/2013 | Deposition of JOHN BERMAN | |
| | Original and one copy | 1,068.25 |
| | Postage/Handling, followed in 35 | 45.00 |
| | days with mailing the Sealed | |
| | Original Transcript | |
| | | |
| | THANK YOU!! | |
| | | 1,113.25 |
| | **Total Amount Due** | 1,113.25 |

TERMS: NET 30 DAYS
A late payment charge of 1.5% per month (18% per annum)
will be assessed on all balances 30 days or more overdue.

*MDL 1017*

*Knife River/Berman*

# INVOICE

## RAPID SERVE

601 Van Ness Ave, Suite J
San Francisco, CA 94102
(415) 882-2266 FAX:(415) 882-2277
rapidservesf@yahoo.com

Tax ID:94-2974461

| Customer | Date | Invoice |
|---|---|---|
| 3980200 | 03/27/13 | 00037599-00 |

**Bill To:**

VOGL MEREDITH BURKE LLP
456 MONTGOMERY ST. 20TH FL.
SAN FRANCISCO, CA 94104

**Ordered By:**

MELINDA HAMM
VOGL MEREDITH BURKE LLP
456 MONTGOMERY ST. 20TH FL.
SAN FRANCISCO, CA 94104

**Case Information:** BERMAN
vs. KNIFE RIVER

**Location:**
**Re:**
**Firm's File Number:**
**Claim Number:** 5:11-CV-03698-PSG

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| COURT SERVICE | 1 | 70.00 | 70.00 | |
| RUSH | 1 | 50.00 | 50.00 | |

POSTED
BY:
DATE:

**REMARKS:** RUSH-PREP DOCUMENTS AND DELVIER SETTLEMENT
CONFERENCE DOCUMENTS TO: MAGISTRATE JUDGE LLOYD,
U.S. DISTRICT   COURT, SA N JOSE. COMPLETED ON 3/21/13.

120.00

$ **120.00**

---

**Bill to:**

VOGL MEREDITH BURKE LLP
456 MONTGOMERY ST. 20TH FL.
SAN FRANCISCO, CA 94104

| Customer | Date | Invoice |
|---|---|---|
| 3980200 | 03/27/13 | 00037599-00 |

$ **120.00**

  

*MDU.1017 ( Knife River/Berman )*



**COMPEX**
*Legal Services, Inc.*

INVOICE NO.: 20238337
ORDER DATE: 03/01/13
INVOICE DATE: 04/24/13

TERMS : NET 30 DAYS

TAX ID: 95-4443964

---

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

---

BILLED TO:
  VOGL MEREDITH BURKE LLP
  456 MONTGOMERY STREET, 20TH FLOOR
  SAN FRANCISCO, CA 94104
  MELINDA HAMM

ORDERED BY:
  VOGL MEREDITH BURKE LLP
  456 MONTGOMERY STREET, 20TH FLOOR
  SAN FRANCISCO, CA 94104
  DIANE E. PRITCHARD, VOGL M
  415-398-0200

---

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

PHONE #: 415-398-0200
ACCOUNT #: 11752

---

| Order No. | Record From | Description | Qty. | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- B | EMANUEL MEDICAL CENTER, TURLOCK | Basic Charge - Subpoena | 1 | 46.50 | 46.50 |
| | CLAUSE: MEDICAL RECORD | Pages | 15 | .19 | 2.85 |
| | NOTES: 2 SETS | Witness Fee | 1 | 15.00 | 15.00 |
| CARRIER | | Shipping and Handling | 1 | 5.00 | 5.00 |
| RATES: | | Fee Advance | 15% | | 2.25 |
| | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 71.60 |
| ADJUSTER: | | | | | |
| | LYNN ROSS | SALES TAX | | 0.08750 | 4.76 |
| | | TOTAL DUE | | | 76.36 |

POSTED
BY:
DATE:

20238337 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

*MDU.1017 (Knife River/Berman)*

**INVOICE NO.: 20242703**
**ORDER DATE: 03/05/13**
**INVOICE DATE: 04/26/13**



**COMPEX**
*Legal Services, Inc.*

TERMS : NET 30 DAYS

TAX ID: 95-4443964

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

**BILLED TO:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
MELINDA HAMM

**ORDERED BY:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
DIANE E. PRITCHARD, VOGL M
415-398-0200

**PLEASE REMIT TO:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

**PHONE #:** 415-398-0200
**ACCOUNT #:** 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- D | ELITE BILLING SERVICES | Basic Charge - Subpoena | 1 | 46. 50 | 46. 50 |
| | CLAUSE: BILLING | Pages | 3 | . 19 | . 57 |
| | NOTES: 2 SETS | Witness Fee | 1 | 15. 00 | 15. 00 |
| CARRIER | | Shipping and Handling | 1 | 5. 00 | 5. 00 |
| RATES: | | Fee Advance | 15% | | 2. 25 |
| | LIBERTY MUTUAL INSURANCE - LI | | | | |
| ADJUSTER: | | SUB TOTAL | | | 69. 32 |
| | LYNN ROSS | | | | |
| | | SALES TAX | | 0.08750 | 4. 56 |
| | | TOTAL DUE | | | 73. 88 |

POSTED
BY
DATE: 5/14/12

**20242703 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

*MDU· 1017 ( Knife river / Berman )*

**INVOICE NO.:** 20242695
**ORDER DATE:** 03/01/13
**INVOICE DATE:** 04/26/13

**COMPEX**
*Legal Services, Inc.*

**TERMS : NET 30 DAYS**

**TAX ID:** 95-4443964

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

**BILLED TO:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
MELINDA HAMM

**ORDERED BY:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
DIANE E. PRITCHARD, VOGL M
415-398-0200

**PLEASE REMIT TO:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831  FAX 310.781.9720

**PHONE #:** 415-398-0200
**ACCOUNT #:** 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- C | REMINGTON PODIATRY GROUP | Basic Charge - Subpoena | 1 | 46.50 | 46.50 |
| | CLAUSE: MED/BILL/FILM | Pages | 11 | .19 | 2.09 |
| | NOTES: 2 SETS | Witness Fee | 1 | 15.00 | 15.00 |
| CARRIER | | Shipping and Handling | 1 | 5.00 | 5.00 |
| RATES: | | Fee Advance | 15% | | 2.25 |
| | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 70.84 |
| ADJUSTER: | | | | | |
| | LYNN ROSS | SALES TAX | | 0.08750 | 4.69 |
| | | TOTAL DUE | | | 75.53 |

POSTED
BY:
DATE: 5/4/13

20242695 -> **PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

*DU-1017 (Knife River/Berman)*

**INVOICE NO.: 20250858**
**ORDER DATE:** 03/01/13
**INVOICE DATE:** 05/01/13

**COMPEX**
*Legal Services, Inc.*

**TERMS : NET 30 DAYS**

**TAX ID:** 95-4443964

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

| BILLED TO: | ORDERED BY: |
|---|---|
| VOGL MEREDITH BURKE LLP<br>456 MONTGOMERY STREET, 20TH FLOOR<br>SAN FRANCISCO, CA 94104<br>MELINDA HAMM | VOGL MEREDITH BURKE LLP<br>456 MONTGOMERY STREET, 20TH FLOOR<br>SAN FRANCISCO, CA 94104<br>DIANE E. PRITCHARD, VOGL M<br>415-398-0200 |

**PLEASE REMIT TO:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

**PHONE #:** 415-398-0200
**ACCOUNT #:** 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- C | REMINGTON PODIATRY GROUP<br>CLAUSE: MED/BILL/FILM<br>NOTES: 2 SETS | Additional Records | 1 | 6.00 | 6.00 |
| | | Pages | 6 | .19 | 1.14 |
| CARRIER<br>RATES: | | Additional Field Trip | 1 | 5.00 | 5.00 |
| | | Additional Delivery | 1 | 5.00 | 5.00 |
| ADJUSTER: | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 17.14 |
| | LYNN ROSS | SALES TAX | | 0.08750 | 1.50 |
| | | TOTAL DUE | | | 18.64 |

POSTED
BY:
DATE:

**20250858 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

*M. )u. 1017 ( Knife Rim, /Berman )*

**INVOICE NO.:** 20252891
**ORDER DATE:** 03/01/13
**INVOICE DATE:** 05/02/13


## COMPEX
*Legal Services, Inc.*

**TERMS : NET 30 DAYS**

**TAX ID:** 95-4443964

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

**BILLED TO:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
MELINDA HAMM

**ORDERED BY:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
DIANE E. PRITCHARD, VOGL M
415-398-0200

**PLEASE REMIT TO:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

**PHONE #:** 415-398-0200
**ACCOUNT #:** 11752

| Order No. | Record From | Description | Qty. | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- A | FAMILY MEDICAL GROUP, TURLOCK | Basic Charge - Subpoena | 1 | 46.50 | 46.50 |
| | CLAUSE: MEDICAL RECORD | Pages | 6 | .19 | 1.14 |
| | NOTES: 2 SETS | Witness Fee | 1 | 15.00 | 15.00 |
| CARRIER | | Shipping and Handling | 1 | 5.00 | 5.00 |
| RATES: | | Fee Advance | 15% | | 2.25 |
| | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 69.89 |
| ADJUSTER: | | | | | |
| | LYNN ROSS | SALES TAX | | 0.08750 | 4.61 |
| | | TOTAL DUE | | | 74.50 |

POSTED
BY:
DATE: 5/14/13

20252891 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

*Knife River / Berman*

**INVOICE NO.: 20267326**
**ORDER DATE: 03/05/13**
**INVOICE DATE: 05/13/13**


**COMPEX**
*Legal Services, Inc.*

**TERMS : NET 30 DAYS**

**TAX ID: 95-4443964**

**CASE NAME:** JOHN BERMAN V KNIFE RIVER C
**RECORDS OF:** BERMAN, JOHN
**FILE/CLAIM NO.:** MDU.1017/P949-216361-01

**CLIENT/INSURED:** KNIFE RIVER CORPORATION
**DATE OF LOSS:** 06/09/2010

**BILLED TO:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
MELINDA HAMM

**ORDERED BY:**
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
DIANE E. PRITCHARD, VOGL M
415-398-0200

**PLEASE REMIT TO:**
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

**PHONE #:** 415-398-0200
**ACCOUNT #:** 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- G | EMANUEL MEDICAL CENTER, TURLOCK (RADIOLOGY) CLAUSE: FILMS ONLY NOTES: | Basic Charge - Subpoena | 1 | 46. 50 | 46. 50 |
| | | Film Breakdown | 1 | 15. 00 | 15. 00 |
| | | CD | 1 | 10. 00 | 10. 00 |
| | | Witness Fee | 1 | 15. 00 | 15. 00 |
| CARRIER RATES: | | Custodial Fee - Films | 1 | 15. 63 | 15. 63 |
| | | Shipping and Handling | 1 | 5. 00 | 5. 00 |
| | LIBERTY MUTUAL INSURANCE - LI | Fee Advance | 15% | | 2. 25 |
| ADJUSTER: | | SUB TOTAL | | | 109. 38 |
| | LYNN ROSS | | | | |
| | | SALES TAX | | 0.08750 | 6. 69 |
| | | TOTAL DUE | | | 116. 07 |

POSTED
BY:
DATE 6/7/13

**20267326 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

*Knife River/Berman*


**COMPEX**
*Legal Services, Inc.*

INVOICE NO.: 20275880
ORDER DATE: 03/05/13
INVOICE DATE: 05/20/13

TERMS : NET 30 DAYS

TAX ID: 95-4443964

CASE NAME: JOHN BERMAN V KNIFE RIVER C | CLIENT/INSURED: KNIFE RIVER CORPORATION
RECORDS OF: BERMAN, JOHN | DATE OF LOSS: 06/09/2010
FILE/CLAIM NO.: MDU.1017/P949-216361-01

BILLED TO:
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
MELINDA HAMM

ORDERED BY:
VOGL MEREDITH BURKE LLP
456 MONTGOMERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94104
DIANE E. PRITCHARD, VOGL M
415-398-0200

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

PHONE #: 415-398-0200
ACCOUNT #: 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- E | FAMILY MEDICAL GROUP, TURLOCK (R ADIOLOGY) CLAUSE: FILMS ONLY NOTES: 2 SETS | Basic Charge - Subpoena | 1 | 46. 50 | 46. 50 |
| | | Affidavit of No Records | 1 | . 00 | . 00 |
| | | Witness Fee | 1 | 15. 00 | 15. 00 |
| CARRIER RATES: | | Shipping and Handling | 1 | 5. 00 | 5. 00 |
| | | Fee Advance | 15% | | 2. 25 |
| ADJUSTER: | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 68. 75 |
| | LYNN ROSS | | | | |
| | | TOTAL DUE | | | 68. 75 |

POSTED
BY:
DATE: 6/7/13

20275880 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

*Knife River/Berman*

INVOICE NO.: 20282931
ORDER DATE: 03/05/13
INVOICE DATE: 05/24/13


## COMPEX
*Legal Services, Inc.*

TERMS : NET 30 DAYS

TAX ID: 95-4443964

CASE NAME: JOHN BERMAN V KNIFE RIVER C
RECORDS OF: BERMAN, JOHN
FILE/CLAIM NO.: MDU.1017/P949-216361-01

CLIENT/INSURED: KNIFE RIVER CORPORATION
DATE OF LOSS: 06/09/2010

BILLED TO:
  VOGL MEREDITH BURKE LLP
  456 MONTGOMERY STREET, 20TH FLOOR
  SAN FRANCISCO, CA 94104
  MELINDA HAMM

ORDERED BY:
  VOGL MEREDITH BURKE LLP
  456 MONTGOMERY STREET, 20TH FLOOR
  SAN FRANCISCO, CA 94104
  DIANE E. PRITCHARD, VOGL M
  415-398-0200

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

PHONE #: 415-398-0200
ACCOUNT #: 11752

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| E66786- F | EMANUEL MEDICAL CENTER, TURLOCK (BILLING) CLAUSE: BILLING NOTES: 2 SETS | Basic Charge - Subpoena | 1 | 46.50 | 46.50 |
| | | Pages | 3 | .19 | .57 |
| | | Witness Fee | 1 | 15.00 | 15.00 |
| CARRIER RATES: | | Shipping and Handling | 1 | 5.00 | 5.00 |
| | | Fee Advance | 15% | | 2.25 |
| ADJUSTER: | LIBERTY MUTUAL INSURANCE - LI | SUB TOTAL | | | 69.32 |
| | LYNN ROSS | SALES TAX | | 0.08750 | 4.56 |
| | | TOTAL DUE | | | 73.88 |

POSTED
BY:
DATE: 6/7/13

20282931 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

*MDU. 1017*

*Knife River Berman*

Let Us Copy, Print & Design
470 3rd Street, Suite 110
Entrance on  Stillman Street Alley
San Francisco CA 94107

**Invoice 22683**

**08/19/14**

**Jean Yay**
**Vogl & Meredith**
**456 Montgomery St., 20th**
**San Francisco CA 94104**

Ship To:

< Same as Bill To >

Our Delivery Person

| Acct.No | Ordered By | Phone | Fax | P.O. No | Prepared By | Sales Rep |
|---|---|---|---|---|---|---|
| 121 | Ngoc Truong | | 415-398-2820 | | Greg | House |
| **Quantity** | | | **Description** | | | **Price** |

| Quantity | Description | Price |
|---|---|---|
| | Thank you for the order. | |
| 5 | Knife River/Berman MDU.1017 (14 clicks/set)<br>  Paper         Color Copy Letter  8.5 x 11 (14 Origs 1 --> 1)<br>  Copier        Splash + Letter Copies | 69.30 |

POSTED
BY:
DATE: 8/29/14

Received: _____   Date: ___/___/_____

| Terms | Subtotal | Shipping | Postage | Tax | Total | Paid | Balance |
|---|---|---|---|---|---|---|---|
| Net 30 Days | 69.30 | | 0.00 | 0.00 | 6.58 | 75.88 | 0.00 | 75.88 |

**Pay from this invoice ● Tax ID#80-0503355**

MDU-1017

Knife River/Berman

Let Us Copy, Print & Design
470 3rd Street, Suite 110
Entrance on  Stillman Street Alley
San Francisco CA 94107

**Invoice 22685**

**08/22/14**

**Jean Yay**
**Vogl & Meredith**
**456 Montgomery St., 20th**
**San Francisco CA 94104**

Ship To:

< Same as Bill To >

Our Delivery Person

| Acct.No | Ordered By | Phone | Fax | P.O. No | Prepared By | Sales Rep |
|---------|-----------|-------|-----|---------|-------------|-----------|
| 121 | Morgan Bennett | 398-0200 | 415-398-2820 | | Billy | House |

| Quantity | Description | Price |
|----------|-------------|-------|
| | Thank you for the order. | |
| 5 | **Knife River/Berman  MDU.1017 (21 clicks/set)** | **42.00** |
| | Paper         20lb white ledger 11 x 17 (21 Origs 1 --> 1) | |
| | Copier       Extra Handling Ledger | |
| 5 | **Color (4 clicks/set)** | **42.60** |
| | Paper         Color Copy Ledger 11x17 (4 Origs 1 --> 1) | |
| | Copier       Color  Ledger / Glass | |

POSTED
BY:
DATE:

Received: _____  Date: ____/____/_____

| Terms | Subtotal | | Shipping | Postage | Tax | Total | Paid | Balance |
|-------|----------|--|----------|---------|-----|-------|------|---------|
| Net 30 Days | 84.60 | | 0.00 | 0.00 | 8.04 | 92.64 | 0.00 | 92.64 |

**Pay from this invoice • Tax ID#80-0503355**
Let Us Copy, Print & Design · 470 3rd Street, Suite 110 Entrance on  Stillman Street Alley · San Francisco CA 94107 · (415) 788-0101

(print# 1)



**Hilton**
SAN JOSE

*Knife River*

HILTON SAN JOSE
300 Almaden Blvd.  |  San Jose, CA  |  95110
T: 408 287 2100   |   F: 408 947 4489
W: sanjose.hilton.com

NAME AND ADDRESS:
RYAN, RICHARD F

| | |
|---|---|
| Room: | 1207/K1K |
| Arrival Date: | 8/25/2014   6:15:00PM |
| Departure Date: | 8/27/2014 |
| Adult/Child: | 2/0 |
| Room Rate: | 275.00 |

RATE PLAN            L-AA

HH# 929067222 GOLD
AL:
BONUS AL:            CAR:

CONFIRMATION NUMBER : 3139760111

8/27/2014     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/25/2014 | VALET PARKING | RICK | 3281663 | $30.00 | | |
| 8/25/2014 | GUEST ROOM | RICK | 3281664 | $275.00 | | |
| 8/25/2014 | RM - CITY ROOM TAX | RICK | 3281664 | $27.50 | | |
| 8/25/2014 | RM-CCFD TAX | RICK | 3281664 | $11.00 | | |
| 8/25/2014 | RM. CTTC | RICK | 3281664 | $0.08 | | |
| 8/25/2014 | RM - TBID ASSESSMENT | RICK | 3281664 | $2.50 | | |
| 8/26/2014 | VALET PARKING | FVILLA | 3282524 | $30.00 | | |
| 8/26/2014 | GUEST ROOM | FVILLA | 3282525 | $275.00 | | |
| 8/26/2014 | RM - CITY ROOM TAX | FVILLA | 3282525 | $27.50 | | |
| 8/26/2014 | RM-CCFD TAX | FVILLA | 3282525 | $11.00 | | |
| 8/26/2014 | RM. CTTC | FVILLA | 3282525 | $0.08 | | |
| 8/26/2014 | RM - TBID ASSESSMENT | FVILLA | 3282525 | $2.50 | | |
| 8/27/2014 | MC ▓▓▓▓ | YOLI | 3283247 | | $692.16 | |
| | BALANCE | | | | | $0.00 |

*You have earned approximately 10675 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHon*

ACCOUNT NO.
MC  *9373

CARD MEMBER NAME
RYAN, RICHARD F

ESTABLISHMENT NO. & LOCATION        ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

I AGREEE THAT MY LIABILITY FOR THIS BILL IS  NOT WAIVED
AND I AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT
THAT THE INDICATED PERSON, COMPANY, TRAVEL AGENT OR
ASSOCIATION FAILS TO PAY FOR THE FULL AMOUNT OF THE
CHARGES.

CARD MEMBER'S SIGNATURE

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 08/25/2014 | 704994 A |
| AUTHORIZATION | INITIAL |
| 91985P | |

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

HILTON
HHONORS



AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

Southwest Airlines - Purchase Confirmation *Knife River* Page 1 of 2



## Thank you for your purchase!

Portland, OR - PDX to San Jose, CA - SJC

### New Purchases in Trip

**Air**

Confirmation #MVFSJQ

Portland, OR - PDX to San Jose, CA - SJC
Tuesday, August 26, 2014 - Thursday, August 28, 2014

Air Total: $608.20

Amount Paid
**$608.20**

Trip Total
**$608.20**

| AUG 26 TUE | **08/26/14 - San Jose** |

**New purchases added to your trip.**

**AIR**
Portland, OR - PDX to San Jose, CA - SJC
08/26/2014 - 08/28/2014

Confirmation #
**MVFSJQ**

Adult Passenger(s)
RICHARD RYAN
Subscribe to Flight Status Messaging

Rapid Rewards #
0000020671361

| DEPART AUG 26 TUE | 01:00 PM | Depart Portland, OR (PDX) on Southwest Airlines | Flight #775 | Tuesday, August 26, 2014 |
| | 02:45 PM | Arrive in San Jose, CA (SJC) | | Travel Time 1 h 45 m (Nonstop) Business Select |
| RETURN AUG 28 THU | 05:20 PM | Depart San Jose, CA (SJC) on Southwest Airlines | Flight #572 | Thursday, August 28, 2014 |
| | 07:00 PM | Arrive in Portland, OR (PDX) | WiFi available | Travel Time 1 h 40 m (Nonstop) Business Select |

**What you need to know to travel:**
Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | Quantity | Total |
|------|---------|------------------------------|--------------|----------|-------|
| Depart | PDX-SJC | **Business Select** Superior Benefits | • Priority Boarding • Maximum Rapid Rewards® Points • Fully Refundable | • Fly By® Security Lane • Free Same-Day Changes • Premium Drink | 1 | $304.10 |
| Return | SJC-PDX | **Business Select** Superior Benefits | • Priority Boarding • Maximum Rapid Rewards® Points • Fully Refundable | • Fly By® Security Lane • Free Same-Day Changes • Premium Drink | 1 | $304.10 |

Earn at least 6474 Rapid Rewards Points when you take this trip.

Subtotal
Fare Breakdown
**$608.20**



west Airlines - Purchase Confirmation

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge        $0.00

**Air Total:**
**$608.20**

**Gov't taxes & fees now included**

| Purchaser Name | Richard Ryan | Billing Address | 15608 NE 15th Circle<br>Vancouver, WA US 98684 |
| --- | --- | --- | --- |

| Form of Payment | Amount Applied |
| --- | --- |
| Visa - XXXXXXXXXX | $608.20 |

**Amount Paid**
**$608.20**

**Trip Total**
**$608.20**

1

**CERTIFICATE OF SERVICE**

2      I am employed in the County of San Francisco, California, and I am over the age of 18 years

3  and not a party to the within action.  My electronic notification address is keng@vmbllp.com and

4  my business address is 456 Montgomery Street, 20th Floor, San Francisco, California 94104.

5      On **September 11, 2014**, the following document(s) were served via CM/ECF Filer:

6  **1)      BILL OF COSTS**

7      I declare under the penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct and that this declaration was executed on **September 11, 2014**at

9  San Francisco, California.

10

11                                   _____

12                                           Katherine Eng

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                             Case No. 5:11-cv-03698-PSG